MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 329*—*when evidence insufficient to show purchase on account of defendant.* In an action for goods sold and delivered, evidence *held* insufficient to show that defendant was the proprietor of the saloon for which they were purchased or that they were purchased on his account.

---

### John B. Joslyn, Appellee, v. Martha S. Simmons, Appellant.

### Gen. No. 23,183.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed November 30, 1917.

### Statement of the Case.

Attachment by John B. Joslyn, plaintiff, against Martha S. Simmons, defendant. From a judgment for plaintiff for $40.30, defendant appeals.

A. J. DEUTSCHMAN, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 13*—*when filing affidavit of claim instead of amended affidavit of attachment is not ground for*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*reversal.* Where, on attachment in the Municipal Court of Chicago, a proper affidavit for attachment has been made, the statutory bond filed and due notice given, and defendant appears specially to move to quash the writ, a judgment properly entered thereon will not be reversed because, after filing such affidavit, plaintiff, having been given leave to file an amended affidavit for attachment, filed an "amended affidavit of claim," unaccompanied by bond, which was in substance and form an affidavit of claim and formed a proper basis for a personal judgment, and defendant obtained leave to have his special appearance "stand to plaintiff's amended statement of claim," and entered a new motion to quash.

## Joseph Lesczauskis, Appellee, v. William Downs, Appellant.

### Gen. No. 23,122.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed November 30, 1917. Rehearing granted January 19, 1918. Opinion on rehearing filed March 13, 1918.

## Statement of the Case.

Action by Joseph Lesczauskis, plaintiff, against William Downs, defendant, to recover on a bond signed by defendant as surety for the faithful performance of a building contract. From a judgment for plaintiff for $2,234.34, defendant appeals.

HENRY L. WILSON, for appellant.

CHARLES C. BODENSTAB, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.